COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Helwig Van Der Grinten, James W. Dalton and Anis Hussain v. City of Sugarland, Joe R. Zimmerman, Doug Brinkley and Allen Bogard

Appellate case number:    01-17-00626-CV

Trial court case number:   17-DCV-238872

Trial court:              434th District Court of Fort Bend County

Appellants Helwig Van Der Grinten, James W. Dalton, and Anis Hussain filed an unopposed motion to abate this appeal and cancel the oral argument scheduled for February 13, 2019 because the same issues raised in this appeal were argued before the Texas Supreme Court in November 2018 in *Garcia v. City of Willis*, No. 17-0713. The appellants' attorney has certified that he conferred with counsel for the appellees, who did not oppose the motion or the relief requested.

The submission on oral argument scheduled for February 13, 2019 is **cancelled**, and this appeal is **withdrawn** from the submission docket. This appeal is **abated**, treated as a closed case, and removed from this Court's active docket.

The parties are **ordered** to notify this Court by letter within **14 days** of the date the Supreme Court of Texas issues a decision in *Garcia v. City of Willis*, No. 17-0713.

The Court will consider an appropriate motion to reinstate the proceeding filed by any party.

It is so **ORDERED**.


Judge's signature: _____/s/ Peter Kelly_____
                          ☒  Acting individually    ☒  Acting for the Court

Panel consists of Justices Lloyd, Kelly, and Hightower.

Date: ___January 30, 2019_____